# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:
LOURDES GONZALEZ GONZALEZ
DEBTOR(S)

CASE NO. 18-06034
CHAPTER 13

## REPLY TO TRUSTEE'S OBJECTION TO MOTION FOR ENTRY OF ORDER TO SELL PROPERTY

**TO THE HONORABLE COURT:**

**COMES NOW** debtor, represented by the undersigned attorney and respectfully represent and pray as follows:

1. On May 3, 2019 debtor filed a motion requesting authorization to sell real property ( D-72). The Trustee filed an opposition on May 17 , 2019 (D-76).
2. This motion was filed to expedite the process since the usual practice of the banks in Puerto Rico is to request permission form the court.
3. The process is in the early stage and the documents requested are not available.
4. The motion was filed with the intention that the bank could qualify the possible buyer.
5. Once we have all the documents we will file the documents with the court to give the Trustee the opportunity to evaluate them and determine if the selling is beneficial to the estate.

1

I CERTIFY that on this date, I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the non CM/ECF participant, as per the master address list, by depositing true and correct copies therefore in the United States Mail.

**RESPECTFULLY SUBMITTED**

In Hatillo Puerto Rico, May 22, 2019


/S/ Melissa Cofán Hernández
MELISSA COFAN HERNANDEZ
USDC 224206
melissacofan@yahoo.com
PO BOX 944 Dorado PR 00646
Tel (787)640-6882

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO (BDS)     FIRSTBANK PR
0104-3                                    BERMUDEZ, DIAZ & SANCHEZ LLP           PO BOX 9146
Case 18-06034-MCF13                       PO BOX 362708                          SAN JUAN, PR 00908-0146
District of Puerto Rico                   SAN JUAN, PR 00936-2708
Old San Juan
Mon Apr 15 10:54:10 AST 2019

US Bankruptcy Court District of P.R.     A T & T SERVICES                        ASOC RESI LOS AIRES SERERNOS 0922
Jose V Toledo Fed Bldg & US Courthouse   1801 VALLEY VIEW LANE                   PO Box 140566
300 Recinto Sur Street, Room 109         FARMERS BRANCH, TX 75234-8906           Arecibo, PR 00614-0566
San Juan, PR 00901-1964


BANCO POPULAR DE PR                      BANCO POPULAR DE PUERTO RICO            CENTRO DE PROCESAMIENTO DE MULTAS DE AUT
MORTGAGE SERVICING DEPARTMENT            BERMUDEZ DIAZ & SANCHEZ LLP             PO BOX 11889
P O BOX 362708                           PO BOX 362708                           San Juan, PR 00922-1889
San Juan, PR 00936-2708                  SAN JUAN, PUERTO RICO 00936-2708


CRIM                                     DEPARTMENT OF TREASURY                  DEPT DE TRANSPORTACION Y OBRAS PUBLICAS
PO BOX 195387                            BANKRUPTCY SECTION 424 B                P O BOX 41243 MINILLAS STA.
SAN JUAN, PR 00919-5387                  PO BOX 9024140                          San Juan, PR 00940
                                         SAN JUAN, PR 00902-4140


FIRST BANK                               GC SERVICES LIMITED PARTNERSHIP         INTERNAL REVENUE SERVICES
CONSUMER SERVICE CENTER                  COLLECTION AGENCY DIVISION              CENTRALIZED INSOLVENCY OPERATION
BANKRUPTCY DIVISION- (CODE 248)          P O BOX 1109                            P O BOX 7346
PO BOX 9146, SAN JUAN,PR 00908-0146      Copperas Cove, TX 76522-5109            Philadelphia, PA 19101-7346


PR TELEPHONE CO (claro)                  PREPA - BANKRUPTCY OFFICE               Quantum3 Group LLC as agent for
P O BOX 70367                            PO BOX 364267                           MOMA Funding LLC
San Juan, PR 00936-8367                  SAN JUAN PR 00936-4267                  PO Box 788
                                                                                 Kirkland, WA 98083-0788


SYNCB/EMPRESAS BERRIOS                   JOSE RAMON CARRION MORALES              LOURDES GONZALEZ GONZALEZ
P O BOX 965061                           PO BOX 9023884                          HOGAR SAN PABLO
Orlando, FL 32896-5061                   SAN JUAN, PR 00902-3884                 F-99 C 22 APT 301
                                                                                 ARECIBO, PR 00612-3135


MELISSA WILDA COFAN HERNANDEZ            MONSITA LECAROZ ARRIBAS                 End of Label Matrix
PO BOX 944                               OFFICE OF THE US TRUSTEE (UST)          Mailable recipients    22
DORADO, PR 00646-0944                    OCHOA BUILDING                          Bypassed recipients     0
                                         500 TANCA STREET SUITE 301              Total                  22
                                         SAN JUAN, PR 00901
```